UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ELIESER JOSE MADURO-LAGUNAS,

                              Defendant.

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:   9/9/2025 |

25 Mag. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court shall hold an initial appearance and change of-plea hearing for Defendant Elieser Jose Maduro-Lagunas on **September 26, 2025**, at **9:30 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

        SO ORDERED.

Dated:  September 9, 2025
        New York, New York

_____
        ANALISA TORRES
        United States District Judge