```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __9/22/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

ELIESER JOSE MADURO-LAGUNAS,

　　　　　　　　　　Defendant.

25 Mag. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

　　The initial appearance and change of-plea hearing scheduled for Defendant Elieser Jose Maduro-Lagunas on **September 26, 2025**, at 9:30 a.m. in Courtroom 15D will now occur at **11:00 a.m.** in **Courtroom 15A** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

　　SO ORDERED.

Dated:　September 22, 2025
　　　　　New York, New York

_____
ANALISA TORRES
United States District Judge