```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/1/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

ELIESER JOSE MADURO-LAGUNAS,

          Defendant.

25 Mag. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial appearance and change of-plea hearing scheduled for Defendant Elieser Jose Maduro-Lagunas on September 26, 2025, at 11:00 a.m. in Courtroom 15A is ADJOURNED to **October 6, 2025,** at **4 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: October 1, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge